IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01334-WYD-CBS

LATEESH CLAYPOOL,

    Plaintiff,

v.

STONEBRIDGE HOSPITALITY ASSOC. LLC,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 7/6/07

BY THE COURT:

*[signature]*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01334-WYD-CBS

Lateesh Claypool
2052 S. Fairplay St.
Aurora, CO 80014


US Marshal Service
Service Clerk
Service forms for: Stonebridge Hospitality Assoc, LLC.


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Stonebridge Hospitality Assoc, LLC: TITLE VII COMPLAINT FILED 06/25/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  7/11/07  .

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                                  Deputy Clerk