IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01334-WYD-KLM

LATEESH CLAYPOOL,

    Plaintiff,

v.

STONEBRIDGE HOSPITALITY ASSOC. LLC,

    Defendant.

---

## AMENDMENT TO SECTION 4 AND 5 OF SCHEDULING ORDER

### 4. UNDISPUTED FACTS

The following facts are undisputed:

1. Plaintiff was, at all times relevant for this action, employed by Defendant.

2. Plaintiff resigned from employment.

3. Plaintiff was hired by Defendant on 11/30/01 in the position of Front Desk Agent, at that time Laura Brooks was her supervisor.

4. On or about 8/15/02, Plaintiff was promoted to Front Desk Supervisor, Tony Holm was her supervisor and her rate of pay was $10.27 per hour.

5. On or about 6/28/04, Plaintiff was promoted to Front Office Manager, at that time Amy Buckwalter-Paulson was her supervisor.

6. On June 5, 2006, Stonebridge advertised an opening at the position of General Manager at the Fairfield Inn in Aurora through its website.

7. On July 2, 2006, Ms. Claypool forwarded a cover letter and resume to Darren Leo, Stonebridge's Vice President of Hotel Operations, Corporate, expressing her interest in the General Manager position at the Fairfield Inn in Aurora.

8. Plaintiff resigned her position on 8/1/06.

## 5. COMPUTATION OF DAMAGES

a. *Plaintiffs*:

Reinstatement – The cost to put the Plaintiff back into the position that she was discriminatorily denied, or position in prior to occurrence, including participation in training program to bring Plaintiff to current knowledge and skill required to be successful in the position. It will take approximately four weeks to train as to be at required skill level. Plaintiff would be paid at current rate for position.

160 hrs x $11.35 (rate of pay for Front Office Manager) = $1,816

If it is determined that Plaintiff was discriminated against, she will be eligible to be paid at the rate of the position she should have had which is General Manager with a pay of approximately $80,000 per year.

$80,000 (GM annual salary)/12 = $6,667

Back Pay – Plaintiff would be paid for time missed from date of termination (8/1/06) to present at rate for pay for General Manager position. (4 yrs x $80,000) = $320,000.

Front Pay – In the event that it is not feasible to reinstate Plaintiff, then Plaintiff should be paid for a reasonable time, two years at current rate for General Manager position including average annual increase. (40 hrs/wk x 104 wks x $80,000 X 4%

2

annual increase) = $166,400.

<u>Injunctive relief</u> – Provide additional training on harassment and discrimination for anyone who is a supervisor. Establishment of goals and timetable for hiring and promotions and mandated recruiting.

<u>Compensatory damages</u> – For emotional pain and suffering, inconvenience, and loss of enjoyment of life. $120,000.

<u>Punitive damages</u> – Employer was aware of discriminatory behavior and did not prevent behavior. This amount can and should be equal to the amount of compensatory damages.

<u>Attorney fees and costs</u> – All costs and fees associated with pursuing case.

b. **_Defendants_**:

Defendants are not claiming damages in this case. However, Defendants reserve their rights to claim attorney fees and costs pursuant to applicable federal and Colorado law.

DATED this 1st day of September 2010.

BY THE COURT:

_____
Magistrate Judge Kristen L. Nix

SCHEDULING ORDER REVIEWED AND APPROVED:

| s/ Angela Boykins | s/ Edmund M. Kennedy |
|---|---|
| Angela Boykins, Esq. | Edmund M. Kennedy |
| 9110 E. Nichols Ave, Ste. 160 | Hall & Evans LLC |
| Englewood, CO 80112. | 1125 17th Street, Ste. 600 |
| bangela@hotmail.com | Denver, CO 80202 |
| *Attorney for Plaintiff* | kennedye@hallevans.com |
| | *Attorney for Defendants* |