IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01334-WJM-KLM

LATEESH CLAYPOOL,

     Plaintiff(s),

v.

STONEBRIDGE HOSPITALITY ASSOCIATION, LLC,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant's **Motion for Order Authorizing Defendant's Insurance Representative to Appear by Telephone at Settlement Conference** [Docket No. 32; Filed March 30, 2011] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A. because it lacks a statement of the parties efforts to confer regarding the relief Defendant seeks.  The Motion is subject to denial on this basis alone.  Moreover, it is not the Court's practice to permit a party whose authority is required to reach a settlement to participate in a settlement conference by telephone.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

     Dated:  March 31, 2011