IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01334-WJM-KLM

LATEESH CLAYPOOL,

    Plaintiff,

v.

STONEBRIDGE HOSPITALITY ASSOCIATION, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Vacate Final Pretrial Conference** [Docket No. 37; Filed June 8, 2011] (the "Motion").  On April 5, 2011, Defendant filed a Motion for Summary Judgment [Docket No. 35]. To date, Plaintiff has not responded to the Motion for Summary Judgment. On June 9, 2011, District Judge William J. Martínez issued an Order to Show Cause [Docket No. 41] directing Plaintiff to respond to the Motion for Summary Judgment on or before June 20, 2011. Judge Martínez warned Plaintiff that failure to respond may result in dismissal of this case. Due to the pendency of the Motion for Summary Judgment and the procedural history of the case, the Court finds that conducting a final pretrial conference is not appropriate at this juncture. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 16, 2011 at 9:30 a.m. is **vacated**.  If necessary, a final pretrial conference will be reset upon resolution of the Motion for Summary Judgment [#35].

    Dated:  June 9, 2011